# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 1, 2005

**Before**

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

No. 04-3948

CHARISE PEPPER,
   *Plaintiff-Appellant,*

  v.

VILLAGE OF OAK PARK and
LEONARD DONAIRE,
   *Defendants-Appellees.*

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division.

No. 02 C 3890

Rebecca R. Pallmeyer,
*Judge.*

**O R D E R**

  The opinion of this court issued on November 30, 2005, is amended as follows:

  On page 8, line 11, the citation should reflect 506 U.S. 56 (1992).